1 | BRIAN J. STRETCH (CABN 163973)
United States Attorney

2

3 | SARA WINSLOW (DCBN 457643)
Chief, Civil Division

4 | JULIE C. REAGIN (CABN 167934)
Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7181

7 | FAX: (415) 436-6570
Julie.Reagin@usdoj.gov

8

Attorneys for Plaintiff

9

**FILED**

JAN 03 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | SAN FRANCISCO DIVISION

13

14 | UNITED STATES OF AMERICA,          ) CASE NO. 99-0010 CAL
                                       )
15 |     Plaintiff,                    ) WRIT OF CONTINUING GARNISHMENT
                                       )
16 | v.                                )
                                       )
17 | SARAH JIMINEZ,                    )
                                       )
18 |     Defendant,                    )
                                       )
19 | _____  )
                                       )
20 | CITY AND COUNTY OF SAN FRANCISCO, )
                                       )
21 |     Garnishee.                    )
                                       )
22 | _____  )

23 | TO:   City and County of San Francisco
          Office of the Controller
          One South Van Ness, 8th Floor
24        San Francisco, CA 94103

25 | **YOU ARE HEREBY COMMANDED TO GARNISH FOR THE BENEFIT OF THE UNITED**

26 | **STATES OF AMERICA PROPERTY IN YOUR POSSESSION IN WHICH THE DEFENDANT**

27 | **-JUDGMENT DEBTOR HAS A SUBSTANTIAL NONEXEMPT INTEREST.**

28

WRIT OF CONTINUING GARNISHMENT
CR 99-0010 CAL                              1

1 | The name, last known address, and last four digits of the social security number of the person
2 | who is the defendant-judgment debtor ("defendant") in this action and whose property is subject to this
3 | Writ are as follows:
4 | Sarah Jimenez



7 | This Writ has been issued at the request of the United States of America to enforce the collection
8 | of a criminal judgment entered in favor of the United States against the defendant for a debt in the
9 | original amount of $41,857.00.  There is a balance due of approximately $67,820.01.
10 | The following are the steps that you must take to comply with this Writ.  If you have any
11 | questions, you should consult with your attorney.
12 | 1. Pursuant to 28 U.S.C. § 3205(c)(2)(F), if you have in your custody, control, or possession
13 | any property of the defendant (including wages, salary, commissions, or bonuses; or periodic payments
14 | pursuant to a pension or retirement program) in which the defendant has a substantial nonexempt
15 | interest, or if you obtain custody, control, or possession of such property while this Writ is in effect, you
16 | must immediately withhold such property from the defendant and retain it in your possession until you
17 | receive instructions from the Court which will tell you what to do with the property.  With respect to the
18 | defendant's wages, salary, commissions, or bonuses; or periodic payments pursuant to a pension or
19 | retirement program, you must withhold twenty-five percent (25%) of such amount(s) after all deductions
20 | required by law have been withheld.  See, 28 U.S.C. §§ 3205(a) and 3002(9).
21 | 2. Pursuant to 28 U.S.C. § 3205(c)(2)(E), you are required to answer this Writ within 10
22 | days after service of this Writ upon you.  You must answer the Writ even if you do not have in your
23 | custody, control, or possession any property of the defendant.  Pursuant to 28 U.S.C. § 3205(c)(4), your
24 | answer must state, under oath, the following information:
25 | a. Whether or not you have in your custody, control, or possession, any property
26 | owned by the defendant in which the defendant has a substantial nonexempt interest, including
27 | nonexempt disposable earnings;
28 | b. a description of such property and the value of such property;

WRIT OF CONTINUING GARNISHMENT
CR 99-0010 CAL                                              2

    c. a description of any previous garnishments to which such property is subject and the extent to which any remaining property is not exempt; and

    d. the amount of the debt you anticipate owing to the defendant in the future and whether the period for payment will be weekly or another specified period.

  For your convenience, a form which addresses the above-requested information is attached and may be used to answer the Writ.

  3. After you complete the answer under oath, pursuant to 28 U.S.C. § 3205(c)(2)(E) and (c)(4), within ten (10) days after service of this Writ upon you, you must mail or deliver the original answer bearing the original signature of the person preparing the answer to the Court at the following address:

> Clerk, United States District Court
> 450 Golden Gate Ave., Box 36060
> San Francisco, CA 94102.

At the same time that you mail or deliver the original answer to the Court, you must also mail or deliver a copy of the original answer to both the defendant and attorney for the United States at the following respective addresses:

> Sarah Jimenez
> 

> Julie C. Reagin
> Assistant U.S. Attorney
> 450 Golden Gate Avenue, 9th Floor
> P.O. Box 36055
> San Francisco, CA 94102.

Please note that the attached form answer contains a certificate of service which needs to be completed by the person mailing the copies of the answer to the defendant and the attorney for the United States, and which needs to be filed with the Court along with the answer.

IF YOU FAIL TO ANSWER THIS WRIT OR FAIL TO WITHHOLD PROPERTY IN ACCORDANCE WITH THIS WRIT, THE UNITED STATES MAY PETITION THE COURT FOR AN ORDER REQUIRING YOU TO APPEAR BEFORE THE COURT TO ANSWER THE WRIT AND TO WITHHOLD PROPERTY IN ACCORDANCE WITH THE WRIT BEFORE THE

1 | APPEARANCE DATE. IF YOU FAIL TO APPEAR OR DO APPEAR AND FAIL TO SHOW GOOD
2 | CAUSE WHY YOU FAILED TO COMPLY WITH THIS WRIT, THE COURT WILL ENTER A
3 | JUDGMENT AGAINST YOU FOR THE VALUE OF THE DEFENDANT'S NONEXEMPT
4 | INTEREST IN SUCH PROPERTY (INCLUDING NONEXEMPT DISPOSABLE EARNINGS). THE
5 | COURT MAY ALSO AWARD A REASONABLE ATTORNEY'S FEE TO THE UNITED STATES
6 | AND AGAINST YOU IF THE WRIT IS NOT ANSWERED WITHIN THE TIME SPECIFIED
7 | HEREIN AND IF THE UNITED STATES FILES A PETITION REQUIRING YOU TO APPEAR.

SUSAN Y. SOONG,
Clerk of the United States
District Court for the Northern
District of California

Dated: 1/3/17            By: _____
                              Deputy Clerk

WRIT OF CONTINUING GARNISHMENT
CR 99-0010 CAL                                    4